# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON MILLER,<br><br>   Petitioner,<br><br>  v.<br><br>TIM PEREZ, Warden,<br><br>   Respondent. | Case No. CV 15-4605 MRW<br>**JUDGMENT** |

  IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.


Dated: February 7, 2017

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE